**USDA**

**United States Department of Agriculture**

**Rural Development**

December 3, 2021                                                      Account: ᴽ4942

Customer Service
Center

PO Box 66889
St. Louis MO 63166

Voice 800.414.1226
TDD/TTY
800.438.1832
Fax 314.457.4431

RAMONA ROBLES LUGO
ALT DE BUCABARONES
3R43 CALLE 40
TOA ALTA, PR 00953-4707

Dear Ramona Robles Lugo;

Thank you for your inquiry regarding the amount of subsidy received on the loan.  The loan originated between October 1, 1979 and December 31, 1989.  During this period, subsidy and Principal Reduction Attributable to Subsidy (PRAS) accrued on the loan.  Over the life of the loan, you received payment subsidy and PRAS in the total amount of $50,298.02 to date. Enclosed is a chart showing the breakdown of subsidy and PRAS received for the life of your loan from December 1988 through February 2017 for your information.

Subsidy and PRAS is subject to recapture must be repaid whenever the borrower ceases to occupy the property or transfer title.  Please refer to the Subsidy Repayment Agreement, which states subsidy and PRAS received over the life of the loan are repayable to the government.

Subsidy is the amount of interest credit, payment assistance or deferred mortgage assistance received over the life of the loan.  PRAS is the difference between the amount of principal paid at the reduced interest rate and the amount that would have been paid at the note rate. Subsidy was intended to reduce interest only, and not principal.  This method of reducing interest was discontinued in 1990.

PRAS did not accrue on the following loans:

- Loans originated before October 1, 1979 received interest credit but are not subject to recapture.
- Loans originated after January 1, 1990 received only payment assistance.

For further assistance, please write to us at the address listed below:

**United States Department of Agriculture**
**Rural Development**
**Customer Advocacy Branch**
**PO Box 66889**
**St. Louis, MO 63166**

USDA is an equal opportunity provider, employer, and lender.

001

Case:21-01353-MCF13   Doc#:32-1   Filed:02/10/22   Entered:02/10/22 12:11:31   Desc:
Exhibit 1 - Primary and Secondary Loan-Subsidy   Page 2 of 12

Page 2

(Account:      4942)


You may also contact us by phone at the numbers listed below.

### *Past Due Account*
Call 1-800-793-8861 Monday through Thursday from 7:00 a.m. to 6:00 p.m., and Friday from 7:00 a.m. to 5:30 p.m., Central Time to speak with a Counselor for options to bring our account current.

### *All Other Inquiries*
Call 1-800-414-1226 or TDD/TTY 1-800-438-1832 to discuss your account with a Service Representative, Monday through Friday from 7:00 a.m. to 5:00 p.m. Central Time, to speak with a Customer Service Representative.

With a touch-tone telephone, the Interactive Voice Response Unit (IVR) can provide automated confidential account information, seven days per week, outside of normal business hours.  Please refer to your account number when you contact us.


Sincerely,
*Andrew Housewright*
Customer Advocacy Branch
Servicing Office

Case:21-01353-MCF13   Doc#:32-1   Filed:02/10/22   Entered:02/10/22 12:11:31   Desc:
Exhibit 1 - Primary and Secondary Loan-Subsidy   Page 3 of 12

Page 3

Subsidy Received on Account:        4942

| Dates | Amount of Subsidy Received | Customer Payment |
|---|---|---|
| 12/20/1988 – 12/21/1990 | $216.00 x 22 months = $4,752.00 | $109.00 |
| 12/21/1990 – 12/20/1997 | $203.00 x 85 months = $17,255.00 | $122.00 |
| 01/20/1998 – 12/20/1999 | $203.71 x 24 months = $4,889.04 | $121.29 |
| 01/20/2000 – 12/20/2005 | $203.27 x 70 months = $14,228.90 | $121.73 |
| 01/20/2006 – 07/20/2007 | $163.13 x 6 months = $978.78 | $161.87 |
| 08/20/2007 – 03/20/2008 | $203.76 x 4 months = $815.04 | $121.24 |
| 04/20/2008 – 03/20/2010 | $81.65 x 24 months = $1,959.60 | $199.15 |
| 04/20/2010 – 10/20/2010 | $43.46 x 7 months = $304.22 | $237.34 |
| 11/20/2010 – 02/19/2017 | $108.18 x 38 months = $4,110.84 | $172.62 |

Total amount Subject to Recapture        $49,293.42

Total amount Subject to PRAS:        $1,004.60

**Total Subsidy and PRAS Received:**        **$50,298.02**

Page 1 of 1

Case:21-01353-MCF13   Doc#:32-1   Filed:02/10/22   Entered:02/10/22 12:11:31   Desc:
Exhibit 1 - Primary and Secondary Loan-Subsidy   Page 4 of 12

FMP1CICS FMP1 FHIT5    FBST     IT5  FBST

**RHCDS/SUBSIDY DATA**              650      12/03/2021 6:53:32 AM ET      PFSP282

Acct Nbr    4942    MI P  Pri SSN  584980695  RAMONA ROBLES LUGO

## Assistance Eligibility

| | | |
|---|---|---|
| Pmt Assist Eligible | (Y/N) | YES |
| Defer Mort Eligible | (Y/N/C) | NO |
| Pmt Assist Method # | (N/1/2/3) | METHOD 3 |
| Subsidy Recapture | (N/D/S) | SUBJECT TO RECAP |

## Program/Moratorium Status

| | |
|---|---|
| Program Borrower | PRG |
| Under Moratorium | NO |
| Effective | 00/00/00 |
| Expire | 00/00/00 |

## Agreement Dates/Subsidy Amounts

| Effective | Expires | Pmt Type | Pmt Assist | Defer Mort |
|---|---|---|---|---|
| 12/20/16 | 06/19/18 | MONTHLY | 108.18 | 0.00 |
| 06/20/18 | 12/19/18 | MONTHLY | 108.18 | 0.00 |
| 12/20/18 | 12/19/20 | MONTHLY | 108.18 | 0.00 |
| 12/20/20 | 12/19/22 | MONTHLY | 108.18 | 0.00 |
| 00/00/00 | 00/00/00 | | 0.00 | 0.00 |

## Paid-To Dates

| | |
|---|---|
| Int Pd-To | 01/20/17 |
| Pmt Assist | 01/20/17 |
| Audit Popup | N |

## Assistance Financial History

Admin Adjust Rsn  0

| | Interest | | Principal | |
|---|---|---|---|---|
| **Program** | Yr To Date | Ln To Date | Yr To Date | Ln To Date |
| Payment Assistance | 196.58 | 6354.88 | 19.78 | 19.78 |
| Defer Mort Assist | 0.00 | 0.00 | 0.00 | 0.00 |
| Pre 1/90 Pmt Asst | | 0.00 | | 0.00 |

## Other Information

Ovrd  0   Reamort: 1st Pmt Dt  04/20/08   Prior P&I      325.00  For Int       0.00

Message:                                      OK  INQUIRY ONLY

004

| | | |
|---|---|---|
| **Account #:** 4942 | **Orig PB:** | $41,010.00 |
| **Name:** Ramona Robles Lugo | **Int. Rate:** | 9.000% |
| **P&I:** $325.00 | | |
| **Pre 1990 Subsidy:** $4,752.00 | | |

| From | To | # of Months | Cust Pmt Calculated | Subsidy Calculated | Total |
|---|---|---|---|---|---|
| 12/20/1988 | 12/21/1990 | 22 | $109.00 | $216.00 | $4,752.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Subsidy Calculated | $4,752.00 |
| | | | Difference between System and Subsidy Calculated | | $0.00 |

**Post 1990 Subsidy:** $38,166.76

| From | To | # of Months | Subsidy Received | Total |
|---|---|---|---|---|
| 12/21/1990 | 12/20/1997 | 85 | $203.00 | $17,255.00 |
| 1/20/1998 | 12/20/1999 | 24 | $203.71 | $4,889.04 |
| 1/20/2000 | 12/20/2005 | 70 | $203.27 | $14,228.90 |
| 1/20/2006 | 7/20/2007 | 6 | $163.13 | $978.78 |
| 8/20/2007 | 3/20/2008 | 4 | $203.76 | $815.04 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Total Subsidy Calculated | $38,166.76 |
| | | Difference between System and Subsidy Calculated | | $0.00 |

005

**Account #:** 942  **Orig PB:** $26,527.60

**Name:** Ramona Robles Lugo  **Int. Rate:** 9.000%

**P&I:** $280.80

**Pre 1990 Subsidy:**

| From | To | # of Months | Cust Pmt Calculated | Subsidy Calculated | Total |
|------|-----|-------------|---------------------|--------------------|-------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Subsidy Calculated | $0.00 |
| | | | Difference between System and Subsidy Calculated | | $0.00 |

**Post 1990 Subsidy:**   $6,374.66

| From | To | # of Months | Subsidy Received | Total |
|------|-----|-------------|------------------|-------|
| 4/20/2008 | 3/20/2010 | 24 | $81.65 | $1,959.60 |
| 4/20/2010 | 10/20/2010 | 7 | $43.46 | $304.22 |
| 11/20/2010 | 2/19/2017 | 38 | $108.18 | $4,110.84 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Total Subsidy Calculated | $6,374.66 |
| | | Difference between System and Subsidy Calculated | | $0.00 |

**USDA**

**United States Department of Agriculture**

**Rural Development**

December 3, 2021                                          Account        4955

Customer Service
Center

PO Box 66889
St. Louis MO 63166

Voice 800.414.1226
TDD/TTY
800.438.1832
Fax 314.457.4431

RAMONA ROBLES LUGO
ALT DE BUCABARONES
3R43 CALLE 40
TOA ALTA, PR 00953-4707

Dear Ramona Robles Lugo;

Thank you for your inquiry regarding the amount of subsidy received on the loan. The loan originated between October 1, 1979 and December 31, 1989. During this period, subsidy and Principal Reduction Attributable to Subsidy (PRAS) accrued on the loan. Over the life of the loan, you received payment subsidy and PRAS in the total amount of $3,140.12 to date. Enclosed is a chart showing the breakdown of subsidy and PRAS received for the life of your loan from December 1988 through December 2016 for your information.

Subsidy and PRAS is subject to recapture must be repaid whenever the borrower ceases to occupy the property or transfer title. Please refer to the Subsidy Repayment Agreement, which states subsidy and PRAS received over the life of the loan are repayable to the government.

Subsidy is the amount of interest credit, payment assistance or deferred mortgage assistance received over the life of the loan. PRAS is the difference between the amount of principal paid at the reduced interest rate and the amount that would have been paid at the note rate. Subsidy was intended to reduce interest only, and not principal. This method of reducing interest was discontinued in 1990.

PRAS did not accrue on the following loans:

- Loans originated before October 1, 1979 received interest credit but are not subject to recapture.
- Loans originated after January 1, 1990 received only payment assistance.

For further assistance, please write to us at the address listed below:

**United States Department of Agriculture**
**Rural Development**
**Customer Advocacy Branch**
**PO Box 66889**
**St. Louis, MO 63166**

USDA is an equal opportunity provider, employer, and lender.

007

Case:21-01353-MCF13   Doc#:32-1   Filed:02/10/22   Entered:02/10/22 12:11:31   Desc:
Exhibit 1 - Primary and Secondary Loan-Subsidy   Page 8 of 12

Page 2

(Account: #    4955)

You may also contact us by phone at the numbers listed below.

### *Past Due Account*
Call 1-800-793-8861 Monday through Thursday from 7:00 a.m. to 6:00 p.m., and Friday from 7:00 a.m. to 5:30 p.m., Central Time to speak with a Counselor for options to bring our account current.

### *All Other Inquiries*
Call 1-800-414-1226 or TDD/TTY 1-800-438-1832 to discuss your account with a Service Representative, Monday through Friday from 7:00 a.m. to 5:00 p.m. Central Time, to speak with a Customer Service Representative.

With a touch-tone telephone, the Interactive Voice Response Unit (IVR) can provide automated confidential account information, seven days per week, outside of normal business hours.  Please refer to your account number when you contact us.

Sincerely,
*Andrew Housewright*
Customer Advocacy Branch
Servicing Office

Page 3

Subsidy Received on Account        l955

| Dates | Amount of Subsidy Received | Customer Payment |
|---|---|---|
| 12/20/1988 – 12/21/1990 | $13.64 x 22 months = $286.44 | $7.36 |
| 12/21/1990 – 12/21/1990 | $13.56 x 1 month = $13.56 | $7.44 |
| 12/21/1990 – 12/20/1997 | $13.00 x 85 months = $1,105.00 | $8.00 |
| 01/20/1998 – 12/20/1999 | $13.16 x 23 months = $302.68 | $7.84 |
| 01/20/2000 – 12/20/2005 | $13.14 x 70 months = $919.80 | $7.86 |
| 01/20/2006 – 07/20/2007 | $10.54 x 6 months = $63.74 | $10.46 |
| 08/20/2007 – 08/20/2007 | $13.19 x 1 month = $13.19 | $7.81 |
| 09/20/2007 – 03/20/2008 | $13.18 x 3 months = $39.54 | $7.82 |
| 04/20/2008 – 03/20/2010 | $4.76 x 24 months = $114.24 | $11.60 |
| 04/20/2010 – 10/20/2010 | $2.53 x 7 months = $17.71 | $13.83 |
| 11/20/2010 – 12/19/2016 | $6.30 x 36 months = $226.80 | $10.06 |

Total amount Subject to Recapture        $3,102.20

Total amount Subject to PRAS:        $37.92

**Total Subsidy and PRAS Received:**        **$3,140.12**

**Case:21-01353-MCF13   Doc#:32-1   Filed:02/10/22   Entered:02/10/22 12:11:31   Desc:
Exhibit 1 - Primary and Secondary Loan-Subsidy   Page 10 of 12**

FMP1CICS FMP1 FHIT5      FBST      IT5  FBST

**RHCDS/SUBSIDY DATA**                650      12/03/2021 6:55:54 AM ET      PFSP282

Acct Nbr     4955      MI  S  Pri SSN   584980695   RAMONA ROBLES LUGO

### Assistance Eligibility

| | | |
|---|---|---|
| Pmt Assist Eligible | (Y/N) | YES |
| Defer Mort Eligible | (Y/N/C) | NO |
| Pmt Assist Method # | (N/1/2/3) | METHOD 3 |
| Subsidy Recapture | (N/D/S) | SUBJECT TO RECAP |

### Program/Moratorium Status

| | |
|---|---|
| Program Borrower | PRG |
| Under Moratorium | NO |
| Effective | 00/00/00 |
| Expire | 00/00/00 |

### Agreement Dates/Subsidy Amounts

| Effective | Expires | Pmt Type | Pmt Assist | Defer Mort |
|---|---|---|---|---|
| 12/20/16 | 12/19/17 | MONTHLY | 6.30 | 0.00 |
| 06/20/18 | 12/19/18 | MONTHLY | 6.30 | 0.00 |
| 12/20/18 | 12/19/20 | MONTHLY | 6.30 | 0.00 |
| 12/20/20 | 12/19/22 | MONTHLY | 6.30 | 0.00 |
| 00/00/00 | 00/00/00 | | 0.00 | 0.00 |

### Paid-To Dates

| | |
|---|---|
| Int Pd-To | 11/20/16 |
| Pmt Assist | 10/20/13 |
| Audit Popup | N |

### Assistance Financial History

| | | Interest | | Principal | |
|---|---|---|---|---|---|
| Admin Adjust Rsn | 0 | | | | |
| **Program** | | Yr To Date | Ln To Date | Yr To Date | Ln To Date |
| Payment Assistance | | 0.00 | 358.75 | 0.00 | 0.00 |
| Defer Mort Assist | | 0.00 | 0.00 | 0.00 | 0.00 |
| Pre 1/90 Pmt Asst | | | 0.00 | | 0.00 |

### Other Information

Ovrd  0   Reamort: 1st Pmt Dt  04/20/08   Prior P&I         21.00  For Int         0.00

Message:                                              OK  INQUIRY ONLY

010

| Account #: | **4955** | | | Orig PB: | **$2,510.00** | |
|---|---|---|---|---|---|---|
| Name: | **Ramona Robles Lugo** | | | Int. Rate: | **9.500%** | |
| P&I: | **$21.00** | | | | | |
| Pre 1990 Subsidy: | **$300.00** | | | | | |

| From | To | # of Months | Cust Pmt Calculated | Subsidy Calculated | Total |
|---|---|---|---|---|---|
| 12/20/1988 | 12/20/1990 | 21 | $7.36 | $13.64 | $286.44 |
| 12/20/1990 | 12/21/1990 | 1 | $7.44 | $13.56 | $13.56 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Subsidy Calculated | $300.00 |
| | | | Difference between System and Subsidy Calculated | | $0.00 |

**Post 1990 Subsidy:**   **$2,443.45**

| From | To | # of Months | Subsidy Received | Total |
|---|---|---|---|---|
| 12/21/1990 | 12/20/1997 | 85 | $13.00 | $1,105.00 |
| 1/20/1998 | 12/20/1999 | 23 | $13.16 | $302.68 |
| 1/20/2000 | 12/20/2005 | 70 | $13.14 | $919.80 |
| 1/20/2006 | 7/20/2007 | 6 | $10.54 | $63.24 |
| 8/20/2007 | 8/20/2007 | 1 | $13.19 | $13.19 |
| 9/20/2007 | 3/20/2008 | 3 | $13.18 | $39.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Total Subsidy Calculated | $2,443.45 |
| | | Difference between System and Subsidy Calculated | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Account #:** | | 4955 | | **Orig PB:** | $1,503.77 |
| **Name:** | | Ramona Robles Lugo | | **Int. Rate:** | 9.500% |
| **P&I:** | | $16.36 | | | |
| **Pre 1990 Subsidy:** | | | | | |

| From | To | # of Months | Cust Pmt Calculated | Subsidy Calculated | Total |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Subsidy Calculated | $0.00 |
| | | | Difference between System and Subsidy Calculated | | $0.00 |

**Post 1990 Subsidy:**     $358.75

| From | To | # of Months | Subsidy Received | Total |
|---|---|---|---|---|
| 4/20/2008 | 3/20/2010 | 24 | $4.76 | $114.24 |
| 4/20/2010 | 10/20/2010 | 7 | $2.53 | $17.71 |
| 11/20/2010 | 12/19/2016 | 36 | $6.30 | $226.80 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Total Subsidy Calculated | $358.75 |
| | | Difference between System and Subsidy Calculated | | $0.00 |