| NOTAS MARGINALES | | FINCA No. 14,583 | Alturas de Bucarabones 3E-43 |
|---|---|---|---|

*[Sello: Departamento de Justicia - Director Administrativo - Registro de la Propiedad - Puerto Rico]*

1°) Urbana: Solar radicado en la urbanización Alturas de Bucarabones, situada en el barrio Ortiz, del término municipal de Toa Alta, y contiene una casa residencial de concreto armado y bloques diseñada para una familia. Bloque y número del solar: 3E-43. Área del solar: 234.60 m/c. En lindes: por el Norte, en 23.00 con el solar 3E-42; por el Sur en 23.00 con el solar 3E-44, por el Este en 10.20 con la calle #40 y por el Oeste, en 10.20 con el solar 3E-14. Afecto a una servidumbre de acceso para mantenimiento de 0.91 de ancho que discurre por su colindancia Norte a favor del Solar 3E-42 conforme a las condiciones restrictivas impuestas para mantenimiento de la pared No-medianera sobre cuya pared No se podrá construir ni intervenir en forma alguna por pertenecer exclusivamente al dueño del Solar 3E-42.

2) Es Segregación de la finca #13,104 inscrita por su inscripción 2ª, al margen del folio 12 del tomo 270 de Toa Alta; a favor de Futura Development of P.R. Inc. edificada según plano archivado en este Registro.

3) Cargas: Afecto a servidumbres, condiciones restrictivas.

4) Naturaleza del contrato: Segregación y compraventa.

5) Por escritura #223, otorgada Toa Alta, el 20 diciembre 1988, ante el Notario Miguel Bauza Colón, dicha Futura Development of P.R. Inc. representada por Wanda Suelisse Ortiz Cruz, con facultades acreditadas en este Registro segrega el solar descrito y lo vende a favor de Ramona

# REGISTRO DE LA PROPIEDAD

Case:21-01353-MCF13 Doc#:32-2 Filed:02/10/22 Entered:02/10/22 12:11:51 Desc:
Exhibit 2 - Registry Record Property 14-583 from ltr to J Fortuno 11-3-21 Page 2 of 3

| NOTAS MARGINALES | No. de Orden de las Inscripciones | FINCA NO. 14,583 |
|---|---|---|
| | | Robles Rugo, mayor de edad, empleada, soltera y vecina de Toa Alta, por precio de $44,021.00 con la condición de venta que se relaciona al margen del folio 86 de la finca #14,583 del Tomo 296 Toa Alta. c) Naturaleza del contrato: **Hipoteca voluntaria**. |
| | 7) | Por **escritura # 37**, otorgada en Toa Alta, el 20 diciembre 1988 ante el Notario Juan Santiago Ramírez, dicha compradora constituye hipoteca sobre esta finca en garantía de un pagaré a favor de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores. Principal: $41,010.00 con intereses al 9.0% anual, vence en 33 años, desde la fecha del pagaré; **réditos adicionales**: $41,010.00 por adelantos del prestamista; **$61,515.00 contra cualquier pérdida**; $16,404.00 para intereses después de vencer; $8,202.00 para contribuciones, seguro y otros adelantos; $4,101.00 para costas, gastos y honorarios de abogado en caso de ejecución y $4,101.00 para costas y gastos tasada en $41,010.00 a los efectos de subasta. Celebrándose el contrato con las demás condiciones pactadas al folio 2 del Tomo 286 Toa Alta. Así resulta de las escrituras relacionadas, presentadas a las 2:30 y 2:35 P.M. del 9 enero 1989, a los asientos 15 y 16 del Diario 87. Bayamón a 7 febrero 1989. Dros $130.00 Ora. Sin dros. hip. Lino Berrios [firma] Reg. |
| | 2da | urbana: DESCRITA conforme. Afecta a servidumbres, condiciones restrictivas y por sí a la hipoteca resultante de la inscripción 1ra. consta inscrita a favor de Campra |

| NOTAS MARGINALES | FINCA No. 14,583 |
|---|---|

Robles Hugo, soltera, según ins. 1ra. Dicha señora mayor de edad, soltera, propietaria y vecina de Toa Alta, constituye **hipoteca** sobre esta finca en garantía de un pagaré a favor de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores; por la suma principal de $2,510.00 con intereses al 9.5% anual, vence en 33 años desde la fecha del pagaré; **créditos adicionales** $2,510.00 por adelantos al prestamista; **$3,765.00 contra cualquier pérdida**; $1,004.00 para intereses después de mora; $502.00 para contribuciones, seguros y otros adelantos; $251.00 para costas, gastos y honorarios de abogado en caso de ejecución y $251.00 para costas y gastos. Tasada en $2,510.00 a los efectos de subasta celebrándose el contrato en las demás condiciones citadas al folio 2 del Tomo 286 Toa Alta. Así resulta de la escritura #38 otorgada Toa Alta, el 20 diciembre 1988, ante el Notario Juan Santiago Ramírez, presentada a las 2:45 P.M. del 9 enero 1989, al asiento 17 del Diario 87. Bayamón a 1 febrero 1989. Sin otra.

Lirio Bernal Díaz
Rg.