

PO BOX 195337, SAN JUAN, PR 00919-5337
Tel. (787) 302 0017 E-mail: solicitudes@centuriontitlepr.com

# TITLE SEARCH

**CLIENT: FORTUÑO & FORTUÑO FAS, CSP**

**REF: 21-01353 / RAMONA ROBLES LUGO**

**PROPERTY NUMBER:** 14583 recorded at page 186 of volume 297 of Toa Alta, Property Registry of Puerto Rico, Bayamón, Section III.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**URBANA: Urbanización Alturas De Bucarabones** de Toa Alta. **Solar: 3R-43**. Cabida: 234.6 metros cuadrados. Linderos: **NORTE**, en una distancia de 23.00 metros, con el solar 3R-42. **SUR**, en una distancia de 23.00 metros, con el solar 3R-44. **ESTE**, en una distancia de 10.20 metros, con la calle número 40 de la Urbanización. **OESTE**, en una distancia de 10.20 metros, con el solar 3R-14.

Afecta una servidumbre de acceso para mantenimiento de 0.91 metros de ancho que discurre por su colindancia Norte a favor del solar 3R-42 conforme las condiciones restrictivas impuestas para mantenimiento de la pared no-medianera sobre cuya pared no se podrá construir, ni intervenir en forma alguna por pertenecer exclusivamente al dueño del solar 3R-42.

**ORIGIN:** Segregated from property number 13104, recorded at page 12 of volume 270 of Toa Alta.

**TITLE:** This property is registered in favor of **Ramona Robles Lugo**, single, who acquired it by purchase from Futura Development of Puerto Rico Inc. at price $44,021.00, pursuant to deed No. 223, executed in Toa Alta, on December 20, 1988 by Notary Public Miguel Bauza Rolón recorded at page 186 of volume 297 of Toa Alta, property number 14583, 1st inscription.

**LIENS AND ENCUMBRANCES:**

**By reason of its origin:** Easements and Restrictive Covenants

**By reason of itself:**

**MORTGAGE:** In favor of United State of America acting through "Administración de Hogares de Agricultores", in the original principal amount of $41,010.00, plus 9.00% annual interest, due on 33 years, constituted by deed No. 37, executed in Toa Alta on December 20, 1988, by Notary Public Juan Santiago Ramírez, recorded at page 186 of volume 297 of Toa Alta, property number 14583, 1st inscription.

**MORTGAGE:** In favor of United State of America acting through "Administración de Hogares de Agricultores", in the original principal amount of $2,510.00, plus 9.5% annual interest, due on 33 years, constituted by deed No. 38, executed in Toa Alta on December 20, 1988, by Notary Public Juan Santiago Ramírez, recorded at page 186 of volume 297 of Toa Alta, property number 14583, 2nd inscription.

**LAWSUIT ANNOTATION:** Issued by the Court of First Instance of Puerto Rico, District of Toa Alta, on February 11, 2014, Civil Case number CD14-0207, for Debt Collection and Foreclosure pursued by United State Department of Agriculture Rural Development acting through "La Administración de Hogares de Agricultores", against to Ramona Robles Lugo, for the amount of $39,059.88, plus interest, presented on April 15, 2014, recorded on October 15, 2020 at Karibe Systems, property number 14583 of Toa Alta, annotation A.

**PENDING DOCUMENT:**

**Presented at entry 2021-110428-BY03**, on September 1, 2021, deed No. 9, executed in San Juan, Puerto Rico, on September 1, 2021, by Notary Public Eduardo J. Mayoral García, constituting Homestead Rights, **Law 195, of September 13, 2011.**



**Page No. 2**
**Property No. 14583 of Toa Alta**

**REVIEWED:** Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log. This section has established an electronic daily log up system, we are not responsible for errors and / or omissions made by employees of the Registry Property, in the search and entry of data.

San Juan, Puerto Rico, November 15, 2021.

Carlos R. Delgado Arroyo
Supervisor
Jcg cd

